UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-CR-20183-MIDDLEBROOKS/GARBER

UNITED STATES OF AMERICA

vs.

MATTHEW VAN WYK,

    **Defendant.**
_____/

## FACTUAL PROFFER

Defendant Van Wyk is a citizen of South Africa and is in the United States illegally, having overstayed a work visa he obtained in 2002. On February 17, 2012, Defendant VAN WYK began chatting with an undercover detective ("UC") via "BoyAhoy Gay Chat," a social networking application. The application is owned and operated by Skout, Inc. in San Francisco, California. The UC posed as a 15-year-old boy and discussed his highschool classes with VAN WYK. VAN WYK suggested the UC come visit him and proceeded to tell the UC he can get a kiss when they hang out if he is good. He explains that the kiss will be on his cheek and maybe on his neck, but he doesn't want the UC to "pop wood." VAN WYK told the UC, "but i could easily make u pop wood if i kissed your ear and nibbled it." He continued to explain that he can kiss/nibble/tease the UC to cause an erection and promised to give "a demo" if they hang out.

VAN WYK initiated sexually explicit conversation with the UC including inquiring about whether the UC is a virgin and asking for specifics as to what sexual activity the UC has engaged in before. VAN WYK asked about giving or receiving a "hand job," giving or receiving

a "BJ" and whether the UC has any "top/bottom" experience, meaning whether or not the UC has given or received anal sex. Later VAN WYK said "whats up" and the UC responds, "Not me," to which VAN WYK replies, "i can prob change that – hehe."

VAN WYK and the UC agreed to meet on Friday, March 2, when the UC was supposedly taking the Tri-Rail to Miami for his aunt's birthday party. VAN WYK offered to pick him up from the train station in Hialeah and they discussed their plans. VAN WYK promised to bring a cookie and a kiss on the cheek for the UC. He also said, "as soon as i meet you im not going to grab you and nibble your ear lol," "least wait till u get in ther car." [sic] As the meeting gets closer, VAN WYK again initiates sexually explicit conversation with the UC, including VAN WYK's inquiry into the amount of semen emitted from the UC upon ejaculation.

On March 2, VAN WYK proceeded to the Tri-Rail Station in Hialeah where he had planned to pick up the UC. Upon their meeting, VAN WYK planned to intentionally touch the UC with sensual intent. Instead, agents arrested him. At the time of his arrest, VAN WYK acknowledged that he used his laptop computer to chat with the UC known to him as "Rick."

At the time of his arrest, VAN WYK had an open arrest warrant out of the State of New York for 12 counts of sexual abuse of a minor, stemming from charges filed in February 2006. Through that investigation, VAN WYK provided a voluntary statement to Orangetown Police Department detectives in which he advised that he met the minor victim through an online chat

2

service. After chatting for about two months, VAN WYK met with the 15-year-old child on several occasions. On one occasion, the 15-year-old minor masturbated VAN WYK and then VAN WYK masturbated the minor. On another occasion, VAN WYK received oral sex from the minor and provided oral sex to the minor.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 5/24/12       By: _____
                        KELLY S. KARASE
                        ASSISTANT UNITED STATES ATTORNEY

Date: 5/24/12       By: _____
                        SABRINA PUGLISI
                        ATTORNEY FOR DEFENDANT

Date: 5/24/12       By: _____
                        MATTHEW VAN WYK
                        DEFENDANT

3